1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DAVID GRIFFITH OSBORNE

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIFIED STATES OF AMERICA,    )   NO. CR-S-12-153 GEB
                                 )
12              Plaintiff,       )
                                 )   **STIPULATION AND [PROPOSED] ORDER**
13       v.                      )   **TO CONTINUE STATUS CONFERENCE AND**
                                 )   **TO EXCLUDE TIME**
14 DAVID GRIFFITH OSBORNE,       )
                                 )   Date:  June 8, 2012
15              Defendant.       )   Time:  9:00 a.m.
                                 )   Judge: Garland E. Burrell, Jr.
16 _____)

17      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon,

19 Assistant Federal Defender, attorney for Defendant, DAVID GRIFFITH OSBORNE, that the status conference

20 hearing date of Friday, May 25, 2012, be vacated and a new status conference hearing date of Friday, June

21 8, 2012, at 9:00 a.m., be set.

22      The reason for this continuance is because extensive discovery was recently received from the

23 government in this matter, and defense counsel needs additional time to review the discovery and consult with

24 the client.

25      It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

26 date of this order, May 23, 2012, through and including June 8, 2012, pursuant to 18 U.S.C.

27 / / /

28 / / /

§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: May 23, 2012

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DAVID GRIFFITH OSBORNE

Dated: May 23, 2012                     BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Matthew C. Bockmon for*
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

      Based on the reasons set forth in the stipulation of the parties filed on May 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, May 25, 2012, be vacated and that the case be set for **Friday, June 8, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 23, 2012, through and including June 8, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: May 23, 2012

                                       GARLAND E. BURRELL, JR.
                                       United States District Judge