1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DAVID GRIFFITH OSBORNE

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  NO. CR-S-12-153 GEB
                                       )
12              Plaintiff,             )
                                       )  **STIPULATION AND [PROPOSED] ORDER**
13       v.                            )  **TO CONTINUE STATUS CONFERENCE AND**
                                       )  **TO EXCLUDE TIME**
14  DAVID GRIFFITH OSBORNE,            )
                                       )  Date:  July 6, 2012
15              Defendant.             )  Time:  9:00 a.m.
                                       )  Judge: Garland E. Burrell, Jr.
16  _____  )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18  Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon,

19  Assistant Federal Defender, attorney for Defendant, DAVID GRIFFITH OSBORNE, that the status conference

20  hearing date of Friday, June 8, 2012, be vacated and a new status conference hearing date of Friday, July 6,

21  2012, at 9:00 a.m., be set.

22       The reason for this continuance is because defense counsel needs additional time to review discovery

23  with the client, continue investigating the facts of the case, and for meetings between parties with the goal

24  being to resolve the case by way of disposition.

25       It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

26  date of this order, June 7, 2012, through and including July 6, 2012, pursuant to 18 U.S.C.

27  / / /

28  / / /

1  §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be

2  served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

3  Dated:  June 7, 2012

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                  Federal Defender

6

7                                    */s/ Matthew C. Bockmon*
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender

8                                    Attorney for Defendant
                                  DAVID GRIFFITH OSBORNE

9

10  Dated:  June 7, 2012                     BENJAMIN B. WAGNER
                                  United States Attorney

11                                    */s/ Matthew C. Bockmon for*
                                  MICHELLE RODRIGUEZ

12                                    Assistant U.S. Attorney
                                  Attorney for Plaintiff

13

14  **O R D E R**

15       Based on the reasons set forth in the stipulation of the parties filed on June 8, 2012, and good cause

16  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

17  that the status conference currently scheduled for Friday, June 8, 2012, be vacated and that the case be set for

18  **Friday, July 6, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a

19  continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS

20  HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy

21  Trial Act is excluded during the time period from the date of this stipulation, June 7, 2012, through and

22  including July 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local

23  Code T4.

24  Dated:  June 8, 2012

25

26                               GARLAND E. BURRELL, JR.

27                               United States District Judge

28                               2